JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
**MAIER GUTIERREZ AYON**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: 702.629.7900
Facsimile:  702.629.7925
E-mail:     jag@mgalaw.com
            mes@mgalaw.com

*Attorneys for Plaintiff Guar Global, LTD*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GUAR GLOBAL, LTD. a Nevada Corporation<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES BERNARD KELSO aka CHARZ KELSO, an individual<br><br>Defendant. | Case No.: 2:13-cv-00873-JCM-CWH<br><br>**DEFAULT JUDGMENT** |

The defendant Charles Bernard Kelso aka Charz Kelso ("Kelso") (hereinafter "Kelso"), having failed to appear, plead or otherwise defend in this action, and default having been entered by the Clerk on June 3, 2014 (Dkt No. 17); and plaintiff Guar Global, Ltd. ("Guar Global") having filed a motion for entry of default judgment in accordance with Rule Procedure 55(b) of the Federal Rules of Civil Procedure (Dkt No. 19), which was granted by the Court on July 16, 2015 (Dkt No. 20); accordingly, and with good cause appearing,

IT IS HEREBY ORDERED that Judgment is hereby entered in favor of plaintiff Guar Global and against defendant Kelso on all counts of the amended complaint as follows:

1. Damages in the amount of $116,210.00;

/ / /

/ / /

1

2. Post-judgment interest on the principal sum at the statutory judgment rate from the date of entry of the judgment until paid in full.

Dated: September 24, 2015

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

**MAIER GUTIERREZ AYON**

By:   */s/ Joseph A. Gutierrez*
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Guar Global, LTD*

2